UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-23683-CIV-MARTINEZ-BECERRA

CREELED, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## ORDER GRANTING MOTION TO UNSEAL

**THIS MATTER** comes before the Court on Plaintiff's Motion to Unseal. (ECF No. 17). Now that Plaintiff has confirmed the restrains on Defendants' accounts and has served the Complaint, Summons, Sealed Temporary Restraining Order, and all pleadings and filings in this matter on each Defendant, Plaintiff moves to unseal all documents on the docket and to return all potions of the Court file to the public record. (*Id.*). After careful consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Unseal, (ECF No. 17), is **GRANTED**. The Clerk of Court is directed to unseal all docket entries in this case and return those portions of the file to the public records.

**DONE AND ORDERED** in Miami, Florida this 30 day of November, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record
Sealed clerk