UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-23683-CIV-MARTINEZ-BECERRA

CREELED, INC.,

    Plaintiff,

vs.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiffs' Motion for Preliminary Injunction, (ECF No. 5). Judge Becerra filed an R&R recommending that the Motion for Preliminary Injunction be granted. (ECF No. 23). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 23), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that Plaintiff's Motion for Preliminary Injunction, (ECF No. 23), is **GRANTED** as set forth in the R&R.

**DONE AND ORDERED** in Miami, Florida, this ___ day of December, 2022.

                                                                                                      JOSE E. MARTINEZ
                                                                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record