UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-23683-CIV-MARTINEZ-BECERRA

CREELED, INC.,

    Plaintiff,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Entry of Final Default Judgment Against Defendants ("Motion"), (ECF No. 39). Judge Becerra filed an R&R recommending that the Motion be granted. (ECF No. 41). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 41), is **AFFIRMED** and **ADOPTED**. Further, it is **ADJUDGED** and **ORDERED** that Plaintiff's Motion, (ECF No. 39), is **GRANTED**. Final Judgment shall issue by separate order.

**DONE AND ORDERED** in Miami, Florida, this 18th day of September, 2023.

                                                _____
                                                JOSE E. MARTINEZ
Copies provided to:                          UNITED STATES DISTRICT JUDGE
Magistrate Judge Becerra
All Counsel of Record